UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | IP 95-CR-144-T/F-01 |
| ) | No. 1:05-cv-1108-JDT-WTL |
| DWAYNE S. CHAPPELL, ) | |
| ) | |
| Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-1108-JDT-WTL is **dismissed with prejudice.**

Date:  10/05/2005

_____
John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

_Evelyn G. Hollins_

Deputy Clerk, U.S. District Court

Copies to:

Dwayne S. Chappell
Reg. No. 05136-028
Federal Correctional Institution
PO Box 1000
Butner, NC   27509

Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048